

**Chambliss**®

Chambliss, Bahner & Stophel, P.C.
Liberty Tower
605 Chestnut Street, Suite 1700
Chattanooga, TN 37450
chamblisslaw.com

Catherine S. Dorvil
Direct Dial (423) 757-0240
Direct Fax (423) 508-1240
cdorvil@chamblisslaw.com
Also Licensed In FL

April 29, 2022

<u>VIA FEDERAL EXPRESS</u>

Mikal Watts
Watts Guerra LLP
4 Dominion Drive, Bldg. 3, Ste. 100
San Antonio, TX 78257

Re:     <u>Notice to Cease and Desist</u>

Dear Mr. Watts:

This law firm represents Berken Media, Robert Kenyon, and Consumer Case Helpline (collectively, "Berken Media"), and is in receipt of your letter dated April 21, 2022 ("Letter") demanding that Berken Media cease and desist from using Watts Guerra client contracts, documents, name, and likeness.

Berken Media denies that it has engaged in any illegal activity. Berken Media confirms that it is not currently engaging in and will not engage in any "Activity", as that term is defined in your Letter.

Sincerely,

Catherine S. Dorvil

CSD/csd



RECEIVED
MAY 0 2 2022
By

