IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CRAIG CUNNINGHAM | § § | |
| v. | § § | CIVIL ACTION NO. 5:22-cv-363-OLG |
| WATTS GUERRA, LLP; et al. | § | |

**ORDER GRANTING DEFENDANTS WATTS GUERRA LLP, MIKAL C. WATTS, FRANCISCO GUERRA, IV, AND PAIGE BOLDT'S MOTION FOR SUMMARY JUDGMENT**

On this date came to be considered Defendants Watts Guerra LLP, Mikal C. Watts, Francisco Guerra, IV, and Paige Boldt's Motion for Summary Judgment. The Court finds good cause to grant the relief requested by these Defendants and GRANTS the motion.

It is therefore ORDERED that Defendants' Motion for Summary Judgment is GRANTED. Plaintiff's Complaint is dismissed with prejudice as to Defendants Watts Guerra LLP, Mikal C. Watts, Francisco Guerra, IV, and Paige Boldt.

IT IS SO ORDERED and signed this _____ day of _____, 2022.

_____
CHIEF U.S. DISTRICT JUDGE ORLANDO L. GARCIA