UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CRAIG CUNNINGHAM, | § § § § | |
| Plaintiff, | | |
| v. | § § § § § § § § § § § | SA-22-CV-363-OLG (HJB) |
| WATTS GUERRA, LLP; MIKAL C. WATTS; FRANCISCO GUERRA, IV; PAIGE BOLDT; BERKEN MEDIA, LLC; ROBERT KENYON; and JOHN/JANE DOES 1-5; | | |
| Defendants. | | |

**ORDER**

Before the Court is the status of the above case. Pretrial matters in this case have been referred to the undersigned for consideration pursuant to 28 U.S.C. § 636(b). (Docket Entry 25.)

The Court held a status conference in this case on April 6, 2023. In accordance with the Court's rulings at the conference, it is hereby **ORDERED** that the stay previously entered in this case (*see* Docket Entry 37) is **LIFTED**, and the following deadlines are established:

(1) Defendant Berken Media, LLC, may file a motion to set aside the default entered against it in this case (see Docket Entry 38) **on or before May 5, 2023**. *See* FED. R. CIV. P. 55(c).

(2) The parties may move to amend pleadings or join additional parties **on or before June 5, 2023**. *See* FED. R. CIV. P. 15, 19, 20.

(3) The deadline for the parties to conduct discovery is **June 23, 2023**. *See* FED. R. CIV. P. 26, 33, 34, 36.

(4) Plaintiff may further respond to the pending motion for summary judgment (Docket Entry 11) **on or before July 5, 2023**. *See* FED. R. CIV. P. 56(d)(2).

**SIGNED** on April 10, 2023.

                                                    Henry J. Bemporad  
                                                    United States Magistrate Judge