UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CRAIG CUNNINGHAM, | § § § | |
| Plaintiff, | § § | |
| v. | § § | SA-22-CV-363-OLG (HJB) |
| WATTS GUERRA, LLP; MIKAL C. WATTS; WATTS GUERRA, LLP; FRANCISCO GUERRA IV; PAIGE BOLDT; BERKEN MEDIA, LLC; ROBERT KENYON; NATURAL PERSON AND CORPORATE OFFICER OF BERKEN MEDIA, LL; and JOHN/JANE DOES 1-5, | § § § § § § § § § | |
| CRAIG CUNNINGHAM, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED, | § § § § | |
| v. | § § | Consolidated with SA-23-CV-910-OLG (HJB) |
| WATTS, GUERRA, LLP; WATTS, GUERRA; LLC, HENSON FUERST, P.A., LAW OFFICE OF DOUGLAS BOXER; BILTMORE LAW GROUP, PLLC; | § § § § § § § | |
| Defendants. | § | |

**ORDER SETTING
IN-PERSON STATUS CONFERENCE**

Before the Court is the Order consolidating SA-23-CV-910-OLG (HJB) with SA-22-CV-363-OLG (HJB).  (*See* Docket Entry 73.)

It is hereby **ORDERED** that an In-Person Status Conference in this case is set for **October 13, 2023**, at **10:30 A.M.** in Courtroom D on the 2nd Floor of the United States Courthouse, 262 West Nueva Street, San Antonio, Texas, 78207.

**SIGNED** on September 15, 2023.

                                                    Henry J. Bemporad
                                                    United States Magistrate Judge