UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

CRAIG CUNNINGHAM, et al

vs.                                  Case No.: 5:23-cv-00910-OLG

WATTS GUERRA LLP, et al

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Todd M. Friedman, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Plaintiff Craig Cunningham in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Law Offices of Todd M. Friedman, P.C. with offices at:

   Mailing address: 21031 Ventura Blvd., Suite 340

   City, State, Zip Code: Woodland Hills, CA 91364

   Telephone: 323-306-4234     Facsimile: 866-633-0228

2. Since December 2001, Applicant has been and presently is a member of and in good standing with the Bar of the State of California. Applicant's bar license number is 216752.

3. Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
|---|---|
| Central District of California | December 28, 2001 |
| Northern District of California | February 7, 2005 |
| Eastern District of California | May 16, 2005 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: _____ on the _____ day of _____, _____.

   Number: _____ on the _____ day of _____, _____.

   Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Alex D. Kruzyk

Mailing address: 501 Congress Ave., Suite 150

City, State, Zip Code: Austin, TX 78701

Telephone: 561-726-8444

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Todd M. Friedman to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Todd M. Friedman
[printed name of Applicant]

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 22 day of September, 2023.

Todd M. Friedman
[printed name of Applicant]

[signature of Applicant]

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION 

CRAIG CUNNINGHAM, et al

vs.                                    Case No.: 5:23-cv-00910-OLG

WATTS GUERRA LLP, et al

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Todd M. Friedman _____, counsel for Plaintiff Craig Cunningham _____, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Todd M. Friedman _____ may appear on behalf of Plaintiff Craig Cunningham in the above case.

IT IS FURTHER ORDERED that Todd M. Friedman _____, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of September _____, 20_____.

_____
UNITED STATES DISTRICT JUDGE