# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM, | ) CIVIL NO. 5:22-CV-00363-OLG-HJB |
| Plaintiff, | ) JUDGE ORLANDO L. GARCIA |
| vs. | ) MAGISTRATE JUDGE HENRY J. BEMPORAD |
| WATTS GUERRA, LLP, et al., | ) |
| Defendants. | ) **ADVISORY OF SETTLEMENT AS TO BERKEN MEDIA, LLC AND ROBERT KENYON** |

In accordance with Paragraph Nine of Judge Bemporad's Civil Case Fact Sheet, Plaintiff Craig Cunningham and Defendants, Berken Media, LLC and Robert Kenyon (collectively "Berken"), advise that they have reached an agreement in principle to settle the claims between them.

In light of the agreement in principle, counsel for Berken requests that he be excused from attending the in-person status conference on October 13, 2023. Counsel is located in Cleveland, Ohio, and Berken will incur expense, and counsel will expend significant time, for travel that is now unnecessary in light of the parties' settlement.

The parties request thirty (30) days to finalize the terms of the settlement and file a dismissal as to Berken with prejudice.

23363118 v1

Dated: October 12, 2023                Respectfully submitted,

*s/ David M. Krueger*

DAVID M. KRUEGER (0085072)
LAURA E. KOGAN (0087453)
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Telephone:  216.363.4500
Facsimile:  216.363.4588
Email:  dkrueger@beneschlaw.com
lkogan@beneschlaw.com

*Attorneys for Defendants Berken Media, LLC and Robert Kenyon*

*/s/ Alex D. Kruzyk*
Alex D. Kruzyk
Bryan A. Giribaldo
**PARDELL, KRUZYK & GIRIBALDO, PLLC**
501 Congress Avenue, Suite 150
Austin, Texas 78701
Tele: (561) 726-8444
akruzyk@pkglegal.com
bgiribaldo@pkglegal.com

Todd M. Friedman (*pro hac vice*)
Adrian R. Bacon (*pro hac vice*)
The Law Offices of Todd M. Friedman, P.C.
21031 Ventura Blvd, Ste. 340
Woodland Hills, CA 91364
Tele: (323) 306-4234
tfriedman@toddflaw.com
abacon@toddflaw.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2023, a copy of the foregoing *Advisory of Settlement as to Berken Media, LLC's and Robert Kenyon* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                /s/ David M. Krueger
                                                David M. Krueger (0085072)
                                                *One of the Attorneys for Defendants Robert Kenyon and Berken Media, LLC*

23363118 v1