UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM, § § Plaintiff, § § v.  § § WATTS GUERRA, LLP, et al., § § Defendants. § | SA-22-CV-363-OLG (HJB) |

**ORDER**

Before the Court is Plaintiff's Renewed Motion for Leave to Conduct Additional Discovery Pursuant to Federal Rule of Civil Procedure 56(D). (Docket Entry 87.) Pretrial matters in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1). (Docket Entry 25.)

The Court held a hearing on the above motion on January 3, 2024, at which scheduling matters in the case were also discussed. In accordance with the Court's rulings at the hearing, it is hereby **ORDERED** as follows:

(1) The renewed motion for leave to conduct additional discovery (Docket Entry 87) is

**GRANTED IN PART**, as follows:

(a) Plaintiff may conduct additional discovery and submit a supplemental response to the pending motion for summary judgment (Docket Entry 11) **on or before March 4, 2024**. Additional discovery may not be propounded to Defendant Watts Guerra, LLP, and related Defendants absent Order of the Court.

(b) Should Plaintiff supplement his response to the pending motion for summary judgment, Defendants may submit a supplemental reply **on or before March 18, 2024**, and Plaintiff may file a sur-reply **on or before March 25, 2024**.

**(2)** Other proceedings in this matter are **STAYED** pending further order of the Court.

**SIGNED** on January 3, 2024.

                                                                  Henry J. Bemporad
                                                                  United States Magistrate Judge