# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| Craig Cunningham, <br><br> Plaintiff, <br><br> v. <br><br> Watts Guerra, LLP, Mikal C. Watts, Watts Guerra, LLP; Francisco Guerra IV, Watts Guerra, LLP; Paige Boldt, Watts Guerra LLP; Berken Media, LLC, Robert Kenyon, Natural Person and Corporate Officer of Berken Media, LLC; and Jonh/Jane Does 1-5, <br><br> Defendants. | CONSOLIDATED CASE NO. SA-5:22-CV-00363-OLG-HJB |
| Craig Cunningham, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> Watts Guerra, LLP, Watts Guerra, LLC, Henson Fuerst, P.A., Law Office of Douglas Boxer, and Biltmore Law Group, PLLC, <br><br> Defendants. | CASE NO. SA-23-CV-00910-OLG |

## STIPULATION OF DISMISSAL
## OF DEFENDANTS BERKEN MEDIA, LLC, AND ROBERT KENYON

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of Berken Media, LLC, and Robert Kenyon from this action, with prejudice, with each party to bear their own costs, expenses, and attorneys' fees.

Date: February 23, 2024

/s/ *Alex D. Kruzyk*
Alex D. Kruzyk

1

Bryan A. Giribaldo
**PARDELL, KRUZYK & GIRIBALDO, PLLC**
501 Congress Avenue, Suite 150
Austin, Texas 78701
Tele: (561) 726-8444
akruzyk@pkglegal.com
bgiribaldo@pkglegal.com

Todd M. Friedman* (admitted pro hac vice)
Adrian R. Bacon* (admitted pro hac vice)
**THE LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
21031 Ventura Blvd, Ste. 340
Woodland Hills, CA 91364
Tele: (323) 306-4234
tfriedman@toddflaw.com
abacon@toddflaw.com

*Counsel for Plaintiff*

*/s/ David M. Krueger*
David M. Krueger
Benesch Friedlander Coplan & Aronoff LLP
127 Public Square, Suite 4900
Cleveland, OH 44114
Tele: 216.363.4683
DKrueger@beneschlaw.com

*Counsel for Berken Media, LLC, and Robert Kenyon*


*/s/ Alicia D. O'Neill*
Alicia D. O'Neill
Watts Guerra LLC
475 E. Ashby Place, Suite 1200
San Antonio, TX 78212
210-448-0500
Email: aoneill@wattsguerra.com

*Counsel for Watts Guerra, LLP, Mikal C. Watts, Francisco Guerra, IV, Paige Boldt, Watts Guerra, LLC, Henson Fuerst, P.A., Law Office of Douglas Boxer, and Biltmore Law Group, PLLC*

2