
# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| Craig Cunningham,<br><br>Plaintiff,<br><br>v.<br><br>Watts Guerra, LLP, Mikal C. Watts, Watts Guerra, LLP; Francisco Guerra IV, Watts Guerra, LLP; Paige Boldt, Watts Guerra LLP; Berken Media, LLC, Robert Kenyon, Natural Person and Corporate Officer of Berken Media, LLC; and Jonh/Jane Does 1-5,<br><br>Defendants. | CONSOLIDATED CASE NO. SA-22-CV-00363-OLG |
| Craig Cunningham, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Watts Guerra, LLP, Watts Guerra, LLC, Henson Fuerst, P.A., Law Office of Douglas Boxer, and Biltmore Law Group, PLLC,<br><br>Defendants. | CASE NO. SA-23-CV-00910-OLG |

**PLAINTIFF'S NOTICE OF UNAVAILABILITY**

Craig Cunningham ("Plaintiff") hereby gives notice to the Court and all other parties that the following undersigned counsel, Alex Kruzyk and Bryan Giribaldo, will each be traveling internationally from March 25, 2024 through April 9, 2024. Mr. Kruzyk and Mr. Giribaldo will have access to emails, but any responses are likely to be delayed due to extensive time zone differences during this period of time. As such, and given that Plaintiff's remaining undersigned

counsel reside in California, Plaintiff respectfully requests that any in-person hearings be set to occur outside of this period of time. Furthermore, Logan A. Pardell, also a partner at Pardell, Kruzyk, & Giribaldo, PLLC, will be monitoring emails and communications to the undersigned's general email addresses and phone number during this period.

Date: March 13, 2024.

/s/ *Alex D. Kruzyk*
Alex D. Kruzyk
Bryan A. Giribaldo
**Pardell, Kruzyk & Giribaldo, PLLC**
7500 Rialto Blvd., Suite 1-250
Austin, Texas 78735
Tele: (561) 726-8444
akruzyk@pkglegal.com
bgiribaldo@pkglegal.com

Todd M. Friedman* (admitted pro hac vice)
Adrian R. Bacon* (admitted pro hac vice)
**The Law Offices of Todd M. Friedman, P.C.**
21031 Ventura Blvd, Ste. 340
Woodland Hills, CA 91364
Tele: (323) 306-4234
tfriedman@toddflaw.com
abacon@toddflaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2024, I filed the foregoing with the Clerk of Court using the Court's CM/ECF system, which will provide electronic notice to all counsel of record.

/s/ *Alex D. Kruzyk*
Alex D. Kruzyk