UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| Craig Cunningham,<br><br>        Plaintiff,<br><br>v.<br><br>Watts Guerra, LLP, Mikal C. Watts, Watts Guerra, LLP; Francisco Guerra IV, Watts Guerra, LLP; Paige Boldt, Watts Guerra LLP; Berken Media, LLC, Robert Kenyon, Natural Person and Corporate Officer of Berken Media, LLC; and John/Jane Does 1-5,<br><br>        Defendants. | CONSOLIDATED CASE NO. SA-5:22-CV-00363-OLG-HJB |
| Craig Cunningham, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>Watts Guerra, LLP, Watts Guerra, LLC, Henson Fuerst, P.A., Law Office of Douglas Boxer, and Biltmore Law Group, PLLC,<br><br>        Defendants. | CASE NO. SA-23-CV-00910-OLG |

**PLAINTIFF'S NOTICE OF SETTLEMENT**

      Craig Cunningham ("Plaintiff") hereby notifies the Court that he has reached an agreement in principle with Defendants to resolve this consolidated action. The parties respectfully request that the Court vacate all pending deadlines and provide the parties with 30 days to finalize the settlement and file a stipulation of dismissal.

Date: <u>April 18, 2025</u>        <u>/s/ Alex D. Kruzyk</u>
                                            Alex D. Kruzyk

Bryan A. Giribaldo
**PARDELL, KRUZYK & GIRIBALDO, PLLC**
7500 Rialto Blvd. Suite 1-250
Austin, Texas 78735
Tele: (561) 726-8444
akruzyk@pkglegal.com
bgiribaldo@pkglegal.com

Todd M. Friedman* (admitted pro hac vice)
Adrian R. Bacon* (admitted pro hac vice)
**THE LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
21031 Ventura Blvd, Ste. 340
Woodland Hills, CA 91364
Tele: (323) 306-4234
tfriedman@toddflaw.com
abacon@toddflaw.com

*Counsel for Plaintiff and the proposed classes*