## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| Craig Cunningham,<br><br>   Plaintiff,<br><br>v.<br><br>Watts Guerra, LLP, Mikal C. Watts, Watts Guerra, LLP; Francisco Guerra IV, Watts Guerra, LLP; Paige Boldt, Watts Guerra LLP; Berken Media, LLC, Robert Kenyon, Natural Person and Corporate Officer of Berken Media, LLC; and John/Jane Does 1-5,<br><br>   Defendants. | CONSOLIDATED CASE NO. SA-5:22-CV-00363-OLG-HJB |
| Craig Cunningham, on behalf of himself and all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>Watts Guerra, LLP, Watts Guerra, LLC, Henson Fuerst, P.A., Law Office of Douglas Boxer, and Biltmore Law Group, PLLC,<br><br>   Defendants. | CASE NO. SA-23-CV-00910-OLG |

### STIPULATION OF DISMISSAL WITH PREJUDICE

 Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Craig Cunningham hereby dismisses this consolidated action with prejudice, with each party to bear their own costs, expenses, and attorneys' fees. The parties respectfully request that this case be terminated and closed.

Date: <u>May 23, 2025</u>         */s/ Alex D. Kruzyk*
                    Alex D. Kruzyk
                    Bryan A. Giribaldo
                    **Pardell, Kruzyk & Giribaldo, PLLC**

        7500 Rialto Blvd. Suite 1-250
        Austin, Texas 78735
        Tele: (561) 726-8444
        akruzyk@pkglegal.com
        bgiribaldo@pkglegal.com

Todd M. Friedman* (admitted pro hac vice)
Adrian R. Bacon* (admitted pro hac vice)
**THE LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
21031 Ventura Blvd, Ste. 340
Woodland Hills, CA 91364
Tele: (323) 306-4234
tfriedman@toddflaw.com
abacon@toddflaw.com

*Counsel for Plaintiff and the proposed classes*

Date: May 23, 2025

*/s/ Mikal C. Watts*
Mikal C. Watts
Alicia D. O'Neill
Travis Headley
**WATTS GUERRA LLP**
875 E. Ashby Place, Suite 1200
San Antonio, Texas 78212
Telephone: (210) 447.0500
Facsimile: (210) 447.0501

*Counsel for Defendants*

2